Raoul W. Vannier, appellant, v. Daniel J. McMahon and Ernest C. Reniff, appellees. Gen. No. 30,422.

Action for false imprisonment. Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. John A. Swanson, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 2, 1926. Rehearing denied March 15, 1926.

Raoul W. Vannier, pro se. Frank L. Cheney, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

The Beckman Company, appellee, v. Irving Isador, trading as Irving Isador & Company, appellant. Gen. No. 30,434.

Action for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John J. Lupe, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 2, 1926.

Harold L. Feigenholtz, for appellant. Dulsky, Friedman & Schimberg, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Hadrian H. Baker, appellee, v. Edward J. Lennartz, appellant. Gen. No. 30,443.

Action upon contract for services. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 2, 1926. Rehearing denied March 15, 1926.

Edwin Hamilton, for appellant. John Hugh Lally, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

City of Chicago, appellee, v. Charles Reisz, appellant. Gen. No. 30,452.

Prosecution for exhibiting and selling indecent magazine. Conviction and sentence. Appeal from the Municipal Court of Chicago; the Hon. T. H. Miller, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 2, 1926.

Joseph A. Kolb and W. L. Kelley, for appellant. Francis X. Busch, Corporation Counsel, and Samuel E. Pincus, Prosecuting Attorney, for appellee; Eliot H. Evans, of counsel.

Mr. Justice McSurely delivered the opinion of the court.